**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7036**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NORMAN SENEKA BOWERS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:13-cr-00458-TDS-1)

---

Submitted:  April 28, 2026                          Decided:  May 12, 2026

---

Before NIEMEYER, KING, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Norman Seneka Bowers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Seneka Bowers appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Bowers*, No. 1:13-cr-00458-TDS-1 (M.D.N.C. Oct. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
